Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> v.<br><br>DONNELL M. CRENSHAW and<br>LUCINDA M. WYNN,<br><br>       Defendants. | No. CR06-0242 JLR<br><br>[~~PROPOSED~~] ORDER ON UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE AND TRIAL DATE |

   Before this Court is an Unopposed Motion to Continue the Pretrial Motions Deadline and Trial Date;

   The Court finds, after a consideration of all relevant information and the circumstances of this case, that the ends of justice would best be served by granting of this request for continuance. The ends of justice outweigh the best interests of the public and the defendants in having a more speedy trial.

   The Court finds that Ms. Wynn's unopposed motion to extend the deadline for pretrial motions should be GRANTED. The pretrial motions deadline scheduled for August 11, 2006, is VACATED. The pretrial motions deadline is continued to November 3, 2006.

[~~PROPOSED~~] ORDER ON UNOPPOSED
MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE AND TRIAL DATE - 1

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
(206) 622-8000

For all the reasons presented in the files and records herein, the Court finds that Ms. Wynn's unopposed motion to continue the trial should be GRANTED. The trial date currently scheduled for September 19, 2006, is VACATED. Trial shall be rescheduled to December 5, 2006, for both Defendants.

The time period between September 19, 2006, until the date of the rescheduled trial, shall be excludable time pursuant to Title 18, United States Code, § 3161(h)(8)(A), and the Court makes the following findings:

a. That the failure to grant such a continuance in this case would be likely to result in a miscarriage of justice (18 U.S.C. § 3161(h)(8)(B)(i));

b. That it is in the defendants' best interests to be aware of all of the potential charges against them, to understand the discovery and the charges against them, and to have adequate opportunity to investigate and negotiate;

c. That the failure to grant such a continuance in this case would deny the defendants and their counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, because of the existence of a significant amount discovery and the age of the alleged crime(s) (18 U.S.C. § 3161(h)(8)(B)(iv);

d. That because of ongoing matters and defense counsel's schedule, it may be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by Title 18, United States Code, § 3161 (18 U.S.C. § 3161(h)(8)(B)(ii)).

IT IS SO ORDERED.
DONE this 15th day of August, 2006.

_____
The Honorable James L. Robart
United States District Court Judge

[PROPOSED] ORDER ON UNOPPOSED
MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE AND TRIAL DATE - 2

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
(206) 622-8000

Presented by:

*s/ Kimberly N. Gordon*
KIMBERLY N. GORDON, WSBA #25401
Counsel for Defendant Lucinda Wynn
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: gordon@sgb-law.com

[PROPOSED] ORDER ON UNOPPOSED
MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE AND TRIAL DATE - 3

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
(206) 622-8000