Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>DONNELL CRENSHAW and LUCINDA M.<br>WYNN,<br><br>                  Defendants. | No. CR06-0242 JLR<br><br>ORDER GRANTING STIPULATED<br>MOTION TO CONTINUE TRIAL<br>AND SETTING NEW PRETRIAL<br>MOTIONS DEADLINE AND DATE<br>OF PRETRIAL CONFERENCE |

Based on the stipulated motion of the parties, the Court makes the following findings of fact and conclusions of law:

1.      This is a complicated case involving alleged fraud that took place over several years and in which there are thousands of pages of discovery.

2.      The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case.  18 U.S.C. § 3161(h)(8)(B)(ii).

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 1

3.     The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

4.     Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(i).

5.     Taking into account the exercise of due diligence, a continuance is necessary to allow the defendants the reasonable time for effective preparation of their defense.  18 U.S.C. § 3161(h)(8)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from December 5, 2006, to March 13, 2007, at 9:00 AM.  The resulting period of delay from December 5, 2006, up to and including the new trial date of March 13, 2007 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

The Pretrial Conference is rescheduled from November 14, 2006, to February 26, 2007, at 11:00 AM.

Pretrial motions are now due January 12, 2007.

DONE this 14th day of November, 2006.

_____
James L. Robart
United States District Court Judge

Presented by:

_s/ Kimberly N. Gordon_____
KIMBERLY N. GORDON, WSBA #25401
Counsel for Defendant Lucinda Wynn

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

 _s/ Christopher Black_____
Christopher Black, WSBA #31744
Counsel for Defendant Donnell Crenshaw

 _s/ Andrew C. Friedman_____
ANDREW C. FRIEDMAN
Assistant United States Attorney

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 3